**Dismissed and Memorandum Opinion filed July 15, 2025.**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00074-CV

**BARON GLOBAL DISTRIBUTORS, LLC, Appellant**

**V.**

**JON CHARLES SMITH, Appellee**

**On Appeal from the 12th District Court
Walker County, Texas
Trial Court Cause No. 2230450**

### MEMORANDUM OPINION

This appeal is from an order signed March 21, 2025. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On April 23, 2025, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On June

19, 2025, appellant was ordered to provide this court with proof of payment for the record on or before June 30, 2025. *See* Tex. R. App. P. 35.3(c). In the order, we notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. Accordingly, we dismiss the appeal.

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.